

# KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW

3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, PA 19020
Tel: (215) 639-0801
Fax: (215) 639-4970
plantis@karpf-law.com

August 9, 2012

**SENT VIA ECF**
**& US MAIL**

The Honorable Stewart Dalzell
U.S. District for the Eastern District of Pennsylvania
601 Market Street, Room 15613
Philadelphia, PA 19106

    Re:    *Dana Barfielde v. Mercy Catholic Medical Center of Southeastern PA, et al.*
            **Docket No.: 10-7500**

Dear Judge Dalzell:

    Our Firm represents Plaintiff in the above-referenced matter. This case was transferred to your docket from Judge Pollack's on May 16, 2012 (Docket Entry No. 26). On May 17, 2012, Your Honor entered an Order placing this case in Civil Suspense pending an Order from Judge Angell (Docket Entry No. 27). To date there have been no additional orders entered on the docket. I write to inquire if there is anything that is required of the parties to move the case forward. Please let me know if I can be of further assistance to the Court.

    Thank you.

Respectfully submitted,

KARPF, KARPF & CERUTTI, P.C.

Paul C. Lantis, Esq.

cc:    The Honorable M. Faith Angell (*via facsimile*)
        A. James Johnston, Esq. (*via ECF*)
        Jonathan B. Sprague, Esq. (*via ECF*)
        Darren M. Creasy, Esq. (*via ECF*)